```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 32142
    PETE R ANDERSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5726


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/24/2008 and was not confirmed.

    The case was dismissed without confirmation 02/02/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------

AMERICAN HOME MTG SERVIC MORTGAGE NOTI NOT FILED              .00           .00
AMERICAN HOME MTG SERVIC CURRENT MORTG       .00              .00           .00
AMERICAN HOME MTG SERVIC MORTGAGE ARRE  24000.00              .00           .00
AMERICAN HOME MTG SERVIC UNSEC W/INTER NOT FILED              .00           .00
DISCOUNT INN INC         SECURED        10342.41              .00           .00
DISCOUNT INN INC         UNSEC W/INTER NOT FILED              .00           .00
AMERICAN GENERAL FINANCE SECURED VEHIC  13310.00              .00           .00
INTERNAL REVENUE SERVICE PRIORITY      NOT FILED              .00           .00
AMERICAN EXPRESS         UNSEC W/INTER NOT FILED              .00           .00
AMERICAN EXPRESS         UNSEC W/INTER NOT FILED              .00           .00
BAC/FLEET BKCARD         UNSEC W/INTER NOT FILED              .00           .00
BANK OF AMERICA NA       UNSEC W/INTER NOT FILED              .00           .00
BP CBSD                  UNSEC W/INTER NOT FILED              .00           .00
CAPITAL ONE              UNSEC W/INTER NOT FILED              .00           .00
CAPITAL ONE              UNSEC W/INTER NOT FILED              .00           .00
WEISS PHYSICIAN GROUP    UNSEC W/INTER NOT FILED              .00           .00
CHASE AUTO FINANCE       UNSEC W/INTER  15630.87              .00           .00
CHASE MANHATTAN          UNSEC W/INTER NOT FILED              .00           .00
CHASE BP                 UNSEC W/INTER NOT FILED              .00           .00
FEDERAL ASSURANCE        UNSEC W/INTER NOT FILED              .00           .00
FIRST NATNL BANK OF ILLI UNSEC W/INTER NOT FILED              .00           .00
GEMB/WALMART             UNSEC W/INTER NOT FILED              .00           .00
HSBC BANK                UNSEC W/INTER NOT FILED              .00           .00
HSBC BANK                UNSEC W/INTER NOT FILED              .00           .00
HSBC BANK                UNSEC W/INTER NOT FILED              .00           .00
HSBC BEST BUY            UNSEC W/INTER NOT FILED              .00           .00
JC PENNEY                UNSEC W/INTER NOT FILED              .00           .00
LASALLE NATIONAL BANK    UNSEC W/INTER NOT FILED              .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER   5152.22              .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED              .00           .00
WASHINGTON/PROVIDIAN     UNSEC W/INTER NOT FILED              .00           .00
TONY HARLIN              NOTICE ONLY   NOT FILED              .00           .00
ERNESTO D BORGES JR      DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 32142 PETE R ANDERSON
```

```
DEBTOR REFUND            REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                            ---------------   ---------------
TOTALS                               .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE